**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Delaware** _____
(State)

Case number (*If known*): _____ Chapter **7**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Essential Associates Holdings LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8 4 – 3 5 6 8 7 2 6 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 343 W Erie Street | |
| Number   Street | Number   Street |
| Suite 230 | |
| | P.O. Box |
| Chicago        IL    60654 | |
| City     State   ZIP Code | City     State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Cook County | |
| County | Number   Street |
| | |
| | City     State   ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | https://essentialradiology.com |

| Debtor | Essential Associates Holdings LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

6  2   1  3

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    Essential Associates Holdings LLC
_____        Case number (if known) _____
          Name

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes.

If more than 2 cases, attach a separate list.

| | | |
|---|---|---|
| District _____ | When _____ MM / DD / YYYY | Case number _____ |
| District _____ | When _____ MM / DD / YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list.

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____ | When _____ MM / DD / YYYY |
| Case number, if known _____ | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

Debtor    Essential Associates Holdings LLC
_____
          Name                                                Case number (if known)_____

---

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/17/2024
            MM  / DD / YYYY

✗ *Lauren Palazzolo*                          Lauren Palazzolo
_____            _____
Signature of authorized representative of debtor    Printed name

Title  Class B Member, Board of Managers, Authorized Restructuring Representative
      _____

---

| Debtor | Essential Associates Holdings LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✖ /s/ Evan T. Miller          Date 04/18/2024

Signature of attorney for debtor                    MM / DD / YYYY

Evan T. Miller
Printed name

Saul Ewing LLP
Firm name

1201 N. Market St., Suite 2300
Number        Street

Wilmington                                    DE        19801
City                                              State        ZIP Code

(302) 421-6800                                evan.miller@saul.com
Contact phone                                  Email address

5364                                          DE
Bar number                                      State

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case and this filing:</b></td></tr>
</table>

Debtor Name <u>Essential Associates Holdings LLC</u>

United States Bankruptcy Court for the: _____ District of <u>Delaware</u>
                                                                                    (State)

Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration <u>List of Creditors and Corporate Ownership Statement</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>04/17/2024</u>          ✗ <u>/s/ Lauren Palazzolo</u>
           MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                       <u>Lauren Palazzolo</u>
                                       Printed name
                                       Class B Member, Board of Managers, Authorized Restructuring Representative
                                       _____
                                       Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

_____ District Of <u>Delaware</u> _____

**In re**
                                                                  Case No. <u>24-_____ (___)</u>

**Debtor**
                                                                  Chapter <u>7</u> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>50,000.00</u>

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $ <u>50,000.00</u>

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ <u>0.00</u>

2.  The source of the compensation paid to me was:

    ☒ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

    ☒ Debtor          ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are
    members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
    members or associates of my law firm. A copy of the agreement, together with a list of the names of the
    people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy; and

    b.  Preparation and filing of any petition, schedules and statements of affairs which may be required.

B2030 (Form 2030) (12/15)

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Anything other than preparing, reviewing and filing the debtor's chapter 7 petition, schedules of assets and liabilities and statement of financial affairs and attending the section 341 meeting.

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

4/18/2024
*Date*

/s/ Evan T. Miller
*Signature of Attorney*

Saul Ewing LLP
*Name of law firm*

**Fill in this information to identify the case:**

Debtor name _____Essential Associates Holdings LLC_____

United States Bankruptcy Court for the: _____ District of __Delaware__
_____(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*....................................................................    $ 0

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..................................................................    $ 250,247.63

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*....................................................................    $ 250,247.63

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................    $ 0

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................    $ 2,214,527.20

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................................    + $ 1,961,899.33

4. **Total liabilities**...........................................................................................................................
   Lines 2 + 3a + 3b    $ 4,176,426.53

**Fill in this information to identify the case:**

Debtor name ___Essential Associates Holdings LLC___

United States Bankruptcy Court for the: _____ District of ___Delaware___
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                 $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 3 5 1 7 | $ 120.01 |
| 3.2. | Chase Bank | Checking | 9 6 5 5 | $ 1,395.91 |

4. **Other cash equivalents** *(Identify all)*

| | | | | |
|---|---|---|---|---|
| 4.1. | Chase Bank | Saving account | 3779 | $ 175.46 |
| 4.2. | | | | $ |

5. **Total of Part 1**                                                              $ 1,691.38

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. | $_____ |
| 7.2. | $_____ |

| Debtor | Essential Associates Holdings LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____  $_____

   8.2. _____  $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.        $ 0 _____

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☒ Yes. Fill in the information below.

|  | | | | Current value of debtor's interest |
|---|---|---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:   395,767.95 _____  −  395,767.95 _____  = ........➔   $ 0 _____
    face amount                                    doubtful or uncollectible accounts

    11b. Over 90 days old:   10,394.00 _____  −  10,394.00 _____  = ........➔   $ 0 _____
    face amount                                    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $ 0 _____

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____   _____   $_____

    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                           % of ownership:

    15.1. _____   _____%   $_____

    15.2. _____   _____%   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____   _____   $_____

    16.2. _____   _____   $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.        $ 0 _____

Debtor    Essential Associates Holdings LLC
_____
Name

Case number (if known)_____

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | ___ / ___ / ____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | ___ / ___ / ____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | ___ / ___ / ____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | ___ / ___ / ____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | $_____ |

| Debtor | Essential Associates Holdings LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $ | | $ |
| **40. Office fixtures** | $ | | $ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** Computers and Software | $ 168,556.25 | | $ 168,556.25 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 168,556.25

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor    Essential Associates Holdings LLC
Name

Case number (if known)_____

---

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49.  Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  Essential Associates Holdings LLC
        Name

Case number (if known)_____

---

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 101 South Tryon Street, Suite 2700 | Office rental | $ 0 | | $ 0 |
| 55.2 Charlotte, NC 28280 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites**<br>Website | $ 80,000.00 | | $ 80,000.00 |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 80,000.00

---

Debtor  Essential Associates Holdings LLC
Name

Case number *(if known)*_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☒ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➡  $_____
Total face amount  doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  $_____
_____  Tax year _____  $_____
_____  Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $_____

Nature of claim  _____
Amount requested  $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $_____

Nature of claim  _____
Amount requested  $_____

76. **Trusts, equitable or future interests in property**

_____  $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____  $_____
_____  $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ 0_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor    Essential Associates Holdings LLC
_____
Name

Case number (if known)_____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,691.38 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 168,556.25 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 80,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 250,247.63 | 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..............................................................  $ 250,247.63

**Fill in this information to identify the case:**

Debtor name _Essential Associates Holdings LLC_

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**2.1**

Creditor's name _____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**2.2**

Creditor's name _____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$_____

| Debtor | Essential Associates Holdings LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.__**

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____   $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.__**

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____   $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor    Essential Associates Holdings LLC
_____
          Name

Case number (if known)_____

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor    Essential Associates Holdings LLC

United States Bankruptcy Court for the: _____ District of Delaware
                                             (State)

Case number
(If known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Anjan Prabhuswamy

15933 Winesprings Drive, San Diego, CA 92127
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:** $ 139,400.00     $ 15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.2**   Priority creditor's name and mailing address
Arizona Department of Revenue

55 N Center St, Mesa, AZ 85201
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:** $ 2,872.02     $ 2,872.02
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.3**   Priority creditor's name and mailing address
Diagnostic Services LLC (Ernest Ostermann)

7364 North Shore Dr., South Haven, MI 49090
_____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:** $ 134,966.50     $ 15,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor __Essential Associates Holdings LLC_____     Case number *(if known)*_____
      Name

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

    Dix Hill Radiology PC (Matthew Smith)

    7 Talburn Lane, Dix Hills, NY 11746

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 66,350.00    $ 15,150.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4_____)

---

**2.5** Priority creditor's name and mailing address

    Dr Charlotte Lansky

    307 South Clark Dr, Unit 3, Los Angeles, CA 90048

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 21,565.00    $ 15,150.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4_____)

---

**2.6** Priority creditor's name and mailing address

    Dr Gaurav Rana

    1717 S. Ave, Unit 609, Chicago, IL 60616

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 23,365.00    $ 15,150.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4_____)

---

**2.7** Priority creditor's name and mailing address

    Dr Jaehoon Shin

    3892 Sacramento St. APT2, San Francisco, CA 94118

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 40,275.00    $ 15,150.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_4_____)

Debtor    Essential Associates Holdings LLC
          _____
          Name

Case number *(if known)* _____

| Part 1. | Additional Page |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2._8** **Priority creditor's name and mailing address**

Total claim: $ 140,192.44    Priority amount: $ 15,150.50

Dr Masood Siddiqui
_____
16782 Brooklane Blvd., Northville, MI 48168
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2._9** **Priority creditor's name and mailing address**

Total claim: $ 13,770.00    Priority amount: $ 13,770.00

Dr Michael Herron
_____
1132 SE Kings Bay Drive, Crystal River, FL 34429
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.10** **Priority creditor's name and mailing address**

Total claim: $ 28,065.00    Priority amount: $ 15,150.50

Dr Naveed Khan
_____
211 S. Crapo St., Suite F, MT Pleasant, MI 48858
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.11** **Priority creditor's name and mailing address**

Total claim: $ 29,220.00    Priority amount: $ 15,150.50

Dr Jessica Caraway
_____
239 Piccadilly Circle, Bossier City, LA 71111
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor | Essential Associates Holdings LLC | |
|---|---|---|
| | Name | |

Case number *(if known)* _____

---

## Part 1.   Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.12  Priority creditor's name and mailing address**

$ 669,115.93          $ 15,150.00

Dr Roger Ramos

10754 Versailles Blvd

Wellington, FL 33449

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.13  Priority creditor's name and mailing address**

$ 253,750.00          $ 15,150.00

Dr Seth Crapp

1501 West Horatio Street #224 Tampa, FL. 33406

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.14  Priority creditor's name and mailing address**

$ 2,100.00          $ 2,100.00

Dr Shiraz Rahim

1250 W Bauer Rd, Naperville, IL 60563

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

**2.15  Priority creditor's name and mailing address**

$ 122,715.00          $ 15,150.00

Dr William Avery Jr

337 Broomsedge Trail, Apt 301, Chattanooga, TN 37405

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

Debtor   Essential Associates Holdings LLC
          Name
                                                          Case number (if known) _____

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.16** Priority creditor's name and mailing address

Elkhart County Taxes

117 N 2nd St # 201, Goshen, IN 46526

$4,009.48        $4,009.48

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.17** Priority creditor's name and mailing address

Illinois Department of Revenue

PO BOX 19047. SPRINGFIELD IL 62794

$11,758.20        $11,758.20

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.18** Priority creditor's name and mailing address

Internal Revenue Services

525 W Van Buren St, Chicago, IL 60607

$454,562.06        $454,562.06

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.19** Priority creditor's name and mailing address

Michigan Department of Treasury

P.O. Box 30756 Lansing, MI 48909

$3,125.08        $3,125.08

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

Debtor _____

Name

Case number *(if known)* _____

---

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.20** Priority creditor's name and mailing address

Minnesota Department of Revenue

600 Robert St N, St Paul, MN 55101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 8,068.58      $ 8,068.58

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.21** Priority creditor's name and mailing address

North Carolina Department of Revenue

501 North Wilmington Street, Raleigh, North Carolina

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 996.00      $ 996.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.22** Priority creditor's name and mailing address

Oregon Department of Revenue

951 SW Simpson Ave, Bend, OR 97702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 5,779.86      $ 5,779.86

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.23** Priority creditor's name and mailing address

VIP Radiology Consultant PLLC

(Dr Jessica Fazekas)
8130 Chianti Lane, Naples, FL, 34114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 29,220.00      $ 15,150.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 )

---

| Debtor | Essential Associates Holdings LLC | |
|---|---|---|
| | Name | Case number *(if known)* |

## Part 1.    Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | **Total claim** | **Priority amount** |
|---|---|---|

**2._24** **Priority creditor's name and mailing address**

$ 2,971.12                $ 2,971.12

Wisconsin Dept of Revenue

819 N 6th St, Milwaukee, WI 53203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2._25** **Priority creditor's name and mailing address**

$ 6,314.93                $ 6,314.93

Indiana Department of Revenue

100 N Senate Ave, Indianapolis, IN 46204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2._** **Priority creditor's name and mailing address**

$ _____                $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** **Priority creditor's name and mailing address**

$ _____                $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor   Essential Associates Holdings LLC
_____
Name

Case number (if known)_____

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
3M Health Information System Inc
_____
575 West Murray Boulevard, Salt Lake City, Utah, 84123
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,555.55

**3.2** | **Nonpriority creditor's name and mailing address**
Alchemy Anderson
_____
831 N 6th Ave Apt. 216
Phoenix, AZ 85003
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,527.00

**3.3** | **Nonpriority creditor's name and mailing address**
CallTastic Ventures LLC
_____
100 Wilshire Blvd #700, Santa Monica, CA 90401
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 24,262.00

**3.4** | **Nonpriority creditor's name and mailing address**
Chambliss, Bahner, & Stophel
_____
605 Chestnut St #1700, Chattanooga, TN 37450
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 38,630.50

**3.5** | **Nonpriority creditor's name and mailing address**
Foster Crown
_____
38 S Main St #1020, Oconomowoc, WI 53066
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 61,384.12

**3.6** | **Nonpriority creditor's name and mailing address**
Girish Venkateswaran
_____
1650 Zilker Court,
Lucas, TX 75002
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,925.00

Debtor  Essential Associates Holdings LLC
_____
Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.7**  **Nonpriority creditor's name and mailing address**

Gould & Ratner LLP

222 N La Salle St # 300, Chicago, IL 60601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$ 30,928.00

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.8**  **Nonpriority creditor's name and mailing address**

Industrious

215 Park Ave S 11th floor, New York, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 14,994.88

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.9**  **Nonpriority creditor's name and mailing address**

Kantola

55 Sunnyside Ave, Mill Valley, CA 94941

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 995.00

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.10**  **Nonpriority creditor's name and mailing address**

KBST&M

307 International Cir #620, Hunt Valley, MD 21030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 6,950.00

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.11**  **Nonpriority creditor's name and mailing address**

Lifetrack Medical Systems

Unit 1801, Alveo Park Triangle Tower, 11th Avenue,

Corner 32nd St, Taguig, Philippines

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ 83,543.22

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Essential Associates Holdings LLC
        Name

Case number (if known) _____

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.12** Nonpriority creditor's name and mailing address
Mark Scruggs

markscruggs020@gmail.com

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 50,000.00

---

**3.13** Nonpriority creditor's name and mailing address
Medical Search International

23 Vreeland Rd Suite 110, Florham Park, NJ  07932

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 813,000.00

---

**3.14** Nonpriority creditor's name and mailing address
Otherwise Incorporated

900 N Western Ave, Chicago, IL 60622

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 110,000.00

---

**3.15** Nonpriority creditor's name and mailing address
ProTouch Staffing Healthcare

1701 Legacy Dr, Suite#1100, Frisco, Texas 75034

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 450,785.06

---

**3.16** Nonpriority creditor's name and mailing address
Focus Medical Imaging

215 E Las Tunas Dr, San Gabriel, CA 91775

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 184,338.00

---

Debtor _____
Essential Associates Holdings LLC
     Name

Case number _(if known)_ _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** | **Nonpriority creditor's name and mailing address**

South Florida Imaging

11801 SW 90th St Suite 102, Miami, FL 33186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

$ 82,081.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

Elk Grove Internal Medicine Associates

800 Biesterfield Rd, Elk Grove Village, IL 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ TBD

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

University Medical Center of Southern Nevada

1800 W Charleston Blvd, Las Vegas, NV 89106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _____

$ TBD

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.___** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.___** | **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Essential Associates Holdings LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line _____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line _____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line _____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line _____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 41. | | Line _____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line _____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line _____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line _____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line _____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line _____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line _____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line _____  <br> ❑ Not listed. Explain _____ | __ __ __ __ |

Debtor _____     Case number _(if known)_ _____

Essential Associates Holdings LLC
Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.___ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.___ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor _____Essential Associates Holdings LLC_____   Case number (if known)_____
　　　　　Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 2,214,527.20 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,961,899.33 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,176,426.53 |

　　　　**Schedule E/F: Creditors Who Have Unsecured Claims**

**Fill in this information to identify the case:**

Debtor name  Essential Associates Holdings LLC

United States Bankruptcy Court for the:_____  District of  **Delaware**
(State)

Case number (If known):  _____  Chapter _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Office No CLTBOA028, for $3,225.38 a month | INDUSTRIOUS CHA 101 S TRYON LLC<br>101 S. Tryon Street Suite 2700<br>Charlotte, NC 28280 |
| | State the term remaining | Until July 31,2024 | |
| | List the contract number of any government contract | A00018093 | Christina Jaeger |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Teleradiology services agreement | Rad Consultants, Ltd<br>717 E Pittsburgh St<br>Greensburg, PA 15601 |
| | State the term remaining | Until 12/16/2024 | |
| | List the contract number of any government contract | | Srinivas Annamraju |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Teleradiology services agreement | Indiana Regional Medical Center<br>835 Hospital Rd<br>Indiana, PA 15701 |
| | State the term remaining | Unitl 5/1/2026 | |
| | List the contract number of any government contract | | Steve Wolfe |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Teleradiology services agreement | University Medical Center of Southern Nevada<br>800 W Charleston Blvd<br>Las Vegas, NV 89106 |
| | State the term remaining | Unitl 11/30/2026 | |
| | List the contract number of any government contract | | Mason Van Houweling |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Teleradiology services agreement | Lake Medical Imaging<br>734 N 3rd St,<br>Leesburg, FL 34748 |
| | State the term remaining | Unitl 11/1/2026 | |
| | List the contract number of any government contract | | Troy Purcell |

Debtor  Essential Associates Holdings LLC
_____     Case number *(if known)*_____
        Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest — Teleradiology services agreement<br><br>State the term remaining — Haven't started the services yet<br><br>List the contract number of any government contract — | Focus Medical Imaging<br>215 E Las Tunas Dr<br>San Gabriel, CA 91775<br><br>James Lin |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest — Teleradiology services agreement<br><br>State the term remaining — Haven't started the services yet<br><br>List the contract number of any government contract — | Universal Radiology Partners LLC<br>2326 S Congress Ave, Suite 2D<br>West Palm Beach, FL 33406<br><br>Daniel Ghiragossian |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest — Teleradiology services agreement<br><br>State the term remaining — Unitl 6/1/2025<br><br>List the contract number of any government contract — | University of Florida for its Department of Radiology<br>653 8th St W,<br>Jacksonville, FL 32209<br><br>Linda Edwards |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest — Staffing agency<br><br>State the term remaining —<br><br>List the contract number of any government contract — | Medical Search International<br>23 Vreeland Rd Ste 110,<br>Florham Park, NJ 07932<br><br>Ben Weintraub |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest — Staffing agency<br><br>State the term remaining —<br><br>List the contract number of any government contract — | Foster Crown<br>38 S Main St #1020,<br>Oconomowoc, WI 53066<br><br>Steve May |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest — Staffing agency<br><br>State the term remaining —<br><br>List the contract number of any government contract — | Protouch Staffing<br>4544 W 103rd St #201,<br>Oak Lawn, IL 60453 |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest — Staffing agency<br><br>State the term remaining —<br><br>List the contract number of any government contract — | RADlinX LLC<br>229 Fox Chase Dr<br>Duncansville, PA 16635 |

**Fill in this information to identify the case:**

Debtor name __Essential Associates Holdings LLC__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br><br> _____ <br><br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br><br> _____ <br><br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br><br> _____ <br><br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br><br> _____ <br><br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br><br> _____ <br><br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br><br> _____ <br><br> City ___ State ___ ZIP Code ___ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Essential Associates Holdings LLC

Debtor _____    Case number (if known)_____
　　　　Name

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.___ _____ | Street _____ <br><br> _____ <br><br> City　　　State　　　ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ _____ | Street _____ <br><br> _____ <br><br> City　　　State　　　ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ _____ | Street _____ <br><br> _____ <br><br> City　　　State　　　ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ _____ | Street _____ <br><br> _____ <br><br> City　　　State　　　ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ _____ | Street _____ <br><br> _____ <br><br> City　　　State　　　ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ _____ | Street _____ <br><br> _____ <br><br> City　　　State　　　ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ _____ | Street _____ <br><br> _____ <br><br> City　　　State　　　ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ _____ | Street _____ <br><br> _____ <br><br> City　　　State　　　ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name ___Essential Associates Holdings LLC___

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2024<br>MM / DD / YYYY  to  Filing date | | ☒ Operating a business<br>☐ Other _____ | $ 1,720,374.85 |
| **For prior year:** | From 1/1/2023<br>MM / DD / YYYY  to  12/31/2023<br>MM / DD / YYYY | | ☒ Operating a business<br>☐ Other _____ | $ 2,264,262.69 |
| **For the year before that:** | From 1/1/2022<br>MM / DD / YYYY  to  12/31/2022<br>MM / DD / YYYY | | ☒ Operating a business<br>☐ Other _____ | $ 94,303.00 |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY  to  Filing date | | _____ | $_____ |
| **For prior year:** | From _____<br>MM / DD / YYYY  to  _____<br>MM / DD / YYYY | | _____ | $_____ |
| **For the year before that:** | From _____<br>MM / DD / YYYY  to  _____<br>MM / DD / YYYY | | _____ | $_____ |

| | | |
|---|---|---|
| Debtor | Essential Associates Holdings LLC | Case number (if known)_____ |
| | Name | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.1. | See attachment #1 | _____ | $ 748,277 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | _____ | | ☒ Suppliers or vendors |
| | | | | ☐ Services |
| | City                State        ZIP Code | _____ | | ☐ Other _____ |
| 3.2. | | | $_____ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City                State        ZIP Code | _____ | | ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Michael Rabern | 1/1/2023 to | $ 218,705.17 | Guaranteed Payment |
| | Insider's name | | | |
| | 4227 Murrayhill Rd, | 3/31/2024 | | |
| | Street | | | |
| | Charlotte          NC        28209 | | | |
| | City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 4.2. | Howard Asch | 1/1/2023 | $ 89,559.78 | Gauranteed Payment |
| | Insider's name | | | |
| | 3845 Pleasant Valley Road, | 3/31/2024 | | |
| | Street | | | |
| | York              PA        17406 | | | |
| | City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Debtor | Essential Associates Holdings LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City        State        ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | | | | |
| | City        State        ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| | Last 4 digits of account number: XXXX– __ __ __ __ | | |
| City        State        ZIP Code | | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Breach of contract

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | ASSOCIATES IN MEDICINE- EAST v. ESSENTIAL ASSOCIATES HOLDINGS, LLC | Breach of contract | Court of Common Pleas in Allegheny County, Pennsylvania<br>Name<br>414 Grant Street,<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | GD-23-006825 | | Pittsburgh        PA        15219<br>City        State        ZIP Code | |
| | **Case title** | | **Court or agency's name and address** | |
| 7.2. | ELK GROVE IMAGING ASSOCIATES v. ESSENTIAL ASSOCIATES, LLC | Breach of contract | Court of Cook County, Illinois<br>Name<br>50 W Washington St #801,<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | W26236874 | | Chicago        IL        60654<br>City        State        ZIP Code | |

| Debtor | Essential Associates Holdings LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| W3Global, Inc.<br>Custodian's name<br>1701 Legacy Dr # 1000,<br>Street | On behalf of ProTouch Inc | $ 450,785.06 |
| | **Case title** | **Court name and address** |
| | | Name |
| Frisco                    TX          75034<br>City              State          ZIP Code | **Case number**<br>05345427 | Street |
| | **Date of order or assignment**<br>March 19, 2024 | City          State          ZIP Code |

---

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Radiological Society of North America<br>Recipient's name<br>820 Jorie Blvd # 200,<br>Street<br><br>Oak Brook          IL          60523<br>City              State          ZIP Code<br><br>**Recipient's relationship to debtor** | Sponsorship donation for<br><br>meeting Q1 2024 | _____ | $ 1,750.00 |
| 9.2. Recipient's name<br><br>Street<br><br>City              State          ZIP Code<br>**Recipient's relationship to debtor** | | _____ | $_____ |

---

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

---

Debtor    Essential Associates Holdings LLC
_____
Name

Case number (if known)_____

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | SAUL EWING LLP | | 3/19/2024 | $ 50,000 |
| | **Address** | | | |
| | 1201 N Market St Ste 2300, <br> Street | | | |
| | Wilmington          DE          19801 <br> City          State          ZIP Code | | | |
| | **Email or website address** <br> evan.miller@saul.com | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

Debtor    Essential Associates Holdings LLC
_____    Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | Dates of occupancy |
|---|---|---|---|---|
| 14.1. | 101 South Tryon Street, Suite 2700 | | | From  8/1/2023   To  _____ |
| | Street | | | |
| | Charlotte | NC | 28280 | |
| | City | State | ZIP Code | |
| 14.2. | _____ | | | From  _____   To  _____ |
| | Street | | | |
| | _____ | | | |
| | City | State | ZIP Code | |

Debtor    Essential Associates Holdings LLC
_____
        Name

Case number (if known)_____

---

**Part 8:**    **Health Care Bankruptcies**

Type text here

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | See attachment # 2 _____ <br> Facility name | Teleradiology Services _____ _____ | _____ |
| | Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ | **How are records kept?** <br> *Check all that apply:* <br> ☒ Electronically <br> ☐ Paper |
| | City          State          ZIP Code | _____ | |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ <br> Facility name | _____ _____ | |
| | Street _____ | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. _____ | **How are records kept?** <br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |
| | City          State          ZIP Code | _____ | |

---

**Part 9:**    **Personally Identifiable Information**

**16.** **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☒ Yes. State the nature of the information collected and retained. _patient name, DOB and medical record number or transmitted along with medical imaging. information is stored in company's Picture Archiving and Communication System (PACs)_

Does the debtor have a privacy policy about that information?

☐ No

☒ Yes

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    Essential Associates Holdings LLC
<br>Name

Case number (if known)_____

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name<br>Street<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | <br><br>Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | <br><br>Address | | ☐ No<br>☐ Yes |

---

| Debtor | Essential Associates Holdings LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

Debtor    Essential Associates Holdings LLC
_____
      Name

Case number (if known)_____

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.   Essential Radiology, P.A.<br>Name<br>2161 Palm Beach Lakes Blvd, # 407<br>Street<br><br>West Palm Beach,    FL    33406<br>City          State          ZIP Code | See attachment # 3 | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From 9/5/2023    To Filing date |
| 25.2.   <br>Name<br>Street<br><br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3.   <br>Name<br>Street<br><br>City          State          ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor    **Essential Associates Holdings LLC**                    Case number *(if known)*_____
Name

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Dan Cournoyer (The NFT CPA) <br> Name <br> PO Box 665 <br> Street <br><br> Rockford               MI               49341 <br> City               State               ZIP Code | From 4/2023   To Present |
| 26a.2. James Weber <br> Name <br> JimWeber@Comcast.net <br> Street <br><br> City               State               ZIP Code | From 1/2023   To 4/2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> Name <br> Street <br><br> City               State               ZIP Code | From _____   To _____ |
| 26b.2. <br> Name <br> Street <br><br> City               State               ZIP Code | From _____   To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Golden Vision Capital Americas <br> Name <br> 343 W Erie St, Suite 230 <br> Street <br><br> Chicago               IL               60654 <br> City               State               ZIP Code | _____ <br> _____ <br> _____ |

Debtor    Essential Associates Holdings LLC
_____    Case number *(if known)*_____
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | _____ |
| Street | _____ |
| | _____ |
| City                    State              ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City                    State              ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| |
| City                    State              ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| |
| City                    State              ZIP Code |

Debtor **Essential Associates Holdings LLC**
Name

Case number *(if known)*_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2. _____
Name

_____
Street

_____
City                                    State          ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| GVC Americas Growth Fund I,LP | 343 W Erie St, Suite 23, Chicago, IL 60654 | Class B members, Board of Managers | 49.98% |
| Howard Asch | 3845 Pleasant Valley Road, York, PA 17406 | Class A member, Former Board Member, Former CBO | 24.82% |
| Michael Rabern | 4227 Murrayhill Rd, Charlotte, Nc 28209-4738 | Class A member, Former Board Member, Former CEO | 24.82% |
| MGR Capital | San Francisco, California 94107, mikeryan@mgr.capital | CRD#7355830 | 0.38% |
| Lauren Palazzolo | 343 W Erie St, Suite 23, Chicago, IL 60654 | Authorized Restructuring Representative | N/A |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Rabern | 4227 Murrayhill Rd, Charlotte, Nc 28209-4738 | | From 1/2022 To 1/2024 |
| Howard Asch | 3845 Pleasant Valley Road, York, PA 17406 | | From 8/2022 To 4/2024 |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Howard Asch**<br>Name<br>3845 Pleasant Valley Road,<br>Street<br>York            PA        17406<br>City            State      ZIP Code<br>**Relationship to debtor** | $89,559.78 | | Gauranteed Payment |

Debtor  Essential Associates Holdings LLC
_____
        Name                                          Case number (if known)_____

|  | Name and address of recipient | $218,854.17 | _____ | Gauranteed Payment |
|---|---|---|---|---|
| 30.2 | Michael Rabern | | _____ | |
| | Name | | | |
| | 4227 Murrayhill Rd, | | _____ | |
| | Street | | | |
| | | | _____ | |
| | Charlotte            NC         28209 | | | |
| | City             State      ZIP Code | | _____ | |
| | Relationship to debtor | | _____ | |
| | _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

### Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/17/2024
              MM  /  DD  / YYYY

✘ _____*Lauren Palazzolo*_____          Printed name  Lauren Palazzolo
Signature of individual signing on behalf of the debtor
343 W Erie St, Suite 230
Position or relationship to debtor   Class B Member, Board of Managers, Authorized Restructuring Representative

Chicago                          IL          60654

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

# Attachment # 1
# List or Payments or Transfers to Creditor

| Posting Date | Description | Amount | Type |
|---|---|---|---|
| 1/2/2024 | Online ACH Payment 11118680713 To Protouch (_######7334) | (18,750) | ACH_PAYMENT |
| 1/2/2024 | Online ACH Payment 11118680818 To FosterCrown (_###7471) | (26,371) | ACH_PAYMENT |
| 1/11/2024 | Online ACH Payment 11119753316 To Protouchstaffing (_######7334) | (35,718) | ACH_PAYMENT |
| 2/5/2024 | Online ACH Payment 11121820904 To FosterCrown (_###7471) | (30,687) | ACH_PAYMENT |
| 2/16/2024 | Online ACH Payment 11123160264 To RogerRamos (_#########2443) | (7,004) | ACH_PAYMENT |
| 3/6/2024 | Online ACH Payment 11124844152 To FosterCrown (_###7471) | (4,560) | ACH_PAYMENT |
| 3/11/2024 | Online ACH Payment 11125291906 To FosterCrown (_###7471) | (4,876) | ACH_PAYMENT |
| 3/15/2024 | Online ACH Payment 11125825728 To FosterCrown (_###7471) | (30,678) | ACH_PAYMENT |
| 3/15/2024 | Online ACH Payment 11125854911 To RogerRamos (_#########2443) | (3,234) | ACH_PAYMENT |
| 3/19/2024 | Online ACH Payment 11125990983 To SaulEwing (_#####3094) | (50,000) | ACH_PAYMENT |
| 4/5/2024 | Online ACH Payment 11127866719 To RogerRamos (_#########2443) | (3,416) | ACH_PAYMENT |
| 4/8/2024 | Online ACH Payment 11128066310 To FosterCrown (_###7471) | (5,154) | ACH_PAYMENT |
| 4/12/2024 | ONLINE DOMESTIC WIRE TRANSFER VIA: FNB OF PA/043318092 A/C: RADLINX LLC DUNCANSVILLE PA 16635 | (141,839) | WIRE_OUTGOING |
| 1/2/2024 | ORIG CO NAME:CALLTASTIC VENTU | (7,279) | ACH_DEBIT |
| 1/18/2024 | ORIG CO NAME:CALLTASTIC VENTU | (11,808) | ACH_DEBIT |
| 2/5/2024 | ORIG CO NAME:CALLTASTIC VENTU | (12,131) | ACH_DEBIT |
| 2/16/2024 | ORIG CO NAME:CALLTASTIC VENTU | (12,131) | ACH_DEBIT |
| 3/1/2024 | ORIG CO NAME:CALLTASTIC VENTU | (12,131) | ACH_DEBIT |
| 3/18/2024 | ORIG CO NAME:CALLTASTIC VENTU | (12,131) | ACH_DEBIT |
| 4/4/2024 | ORIG CO NAME:CALLTASTIC VENTU | (6,000) | ACH_DEBIT |
| 2/29/2024 | ORIG CO NAME:CapitalBlueCross | (7,962) | ACH_DEBIT |
| 3/28/2024 | ORIG CO NAME:CapitalBlueCross | (11,387) | ACH_DEBIT |
| 3/29/2024 | ORIG CO NAME:CULVER CPA GROUP | (3,000) | ACH_DEBIT |
| 4/12/2024 | ORIG CO NAME:CULVER CPA GROUP | (2,500) | ACH_DEBIT |
| 2/13/2024 | ORIG CO NAME:FIRST INSURANCE | (17,908) | ACH_DEBIT |
| 1/11/2024 | ORIG CO NAME:FIRST INSURANCE | (17,908) | ACH_DEBIT |
| 3/12/2024 | ORIG CO NAME:FIRST INSURANCE | (17,908) | ACH_DEBIT |
| 4/11/2024 | ORIG CO NAME:FIRST INSURANCE | (17,908) | ACH_DEBIT |
| 4/12/2024 | ONLINE DOMESTIC WIRE TRANSFER VIA: FNB OF PA/043318092 | (141,839) | WIRE_OUTGOING |
| 4/12/2024 | ORIG CO NAME:CULVER CPA GROUP | (2,500) | ACH_DEBIT |
| 4/15/2024 | ADOBE  *800-833-6687 ADOBE.LY/ENUS CA    04/14 | (20) | DEBIT_CARD |
| 4/17/2024 | ONLINE DOMESTIC WIRE TRANSFER VIA: FST AMER BK CARPET/071922777 A/C: GOULD AND RATNER LLP ELK GROVE VILLAGE IL 60007 US REF: ATTN: ACCOUNTS RECEIVABLE INVOICE NUMBERS 414891, 414892 TRN: 3493004108ES 04/17 | (34,791) | WIRE_OUTGOING |
| 4/17/2024 | POS DEBIT        LA SEC OF STATE     2259254704   LA | (205) | MISC_DEBIT |
| 4/17/2024 | POS DEBIT         FEDEX              COLLIERVILLE  TN | (44) | MISC_DEBIT |
| 4/17/2024 | ONLINE DOMESTIC WIRE TRANSFER VIA: FNB OF PA/043318092 A/C: RADLINX LLC DUNCANSVILLE PA 16635 | (36,500) | WIRE_OUTGOING |

# Attachment # 2
# List of Clients* and Addresses

| # | Legal Name | Address |
|---|---|---|
| 1 | Rad Consultants, Ltd | 717 E. Pittsburgh St, Greensburg, PA 15601 |
| 2 | Indiana Regional Medical Center | 835 Hospital Road, Indiana, PA 15701 |
| 3 | University Medical Center of Southern Nevada | 1800 West Charleston Boulevard, Las Vegas, Nevada 89102 |
| 4 | Lake Medical Imaging | 734 N. 3rd Street, Suite 115, Leesburg, FL 34748 |
| 5 | Focus Medical Imaging | 215 E Las Tunas Dr., San Gabriel, CA 91776 |
| 6 | Universal Radiology Partners LLC | 2326 S. Congress Ave, Suite 2D West Palm Beach, FL 33406 |
| 7 | University of Florida for its Department of Radiology | 653 W. 8th Street, Jacksonville, FL 32209 |
| 8 | Salient Radiology Associates, PLLC | 6 Paloma Bend Pl, Spring, Tx 77389 |

* Clients were provided notice on April 8, 2024 that Essential is filing for Chapter 7. Last day of service was April 9, 2024.

# Attachment # 3

# Description of the Nature of the Business

Essential Associates Holdings LLC had a 100% wholly-owned subsidiary, Essential Radiology LLC. In September 2023, the prior CEO, converted the entity to Essential Radiology P.A. without Board consent and without receiving a Board Resolution. Essential Radiology P.A.'s ownership was transferred from Essential Associates Holdings LLC to an individual physician.



## FLORIDA DEPARTMENT OF STATE
Division of Corporations

September 11, 2023

Re: Document Number P23000065594

The Articles of Conversion and Articles of Incorporation were filed September 6, 2023, with an organizational date deemed effective January 10, 2022, for ESSENTIAL RADIOLOGY, P.A., the resulting Florida corporation.

To maintain "active" status with the Division of Corporations, an annual report must be filed yearly between January 1st and May 1st beginning in the year following the file date or effective date indicated above.  If the annual report is not filed by May 1st, a $400 late fee will be added. **It is your responsibility to remember to file your annual report in a timely manner.**

A Federal Employer Identification Number (FEI/EIN) will be required when this report is filed.  Contact the IRS at 1-800-829-4933 for an SS-4 form or go to www.irs.gov.

Should you have any further questions concerning this matter, please feel free to call (850) 245-6052, the New Filing Section.

KAIN COSTELLO
Regulatory Specialist II
Division of Corporations                    Letter Number: 123A00020779

Account number: I20160000072              Amount charged: 105.00

List of Creditors

Anjan Prabhuswamy
15933 Winesprings Drive, San Diego, CA 92127

Arizona Department of Revenue
55 N Center St, Mesa, AZ 85201

Diagnostic Services LLC (Dr. Ernest Ostermann)
7364 North Shore Dr., South Haven, MI 49090

Dix Hill Radiology PC (Dr. Matthew Smith)
7 Talburn Lane, Dix Hills, NY 11746

Dr. Charlotte Lansky
307 South Clark Dr, Unit 3, Los Angeles, CA 90048

Dr. Gaurav Rana
1717 S. Ave, Unit 609, Chicago, IL 60616

Dr. Jaehoon Shin
3892 Sacramento St. APT2, San Francisco, CA 94118

Dr Masood Siddiqui
16782 Brooklane Blvd., Northville, MI 48168

Dr. Michael Herron
1132 SE Kings Bay Drive, Crystal River, FL 34429

Dr. Naveed Khan
211 S. Crapo St., Suite F, MT Pleasant, MI 48858

Dr Jessica Caraway
239 Piccadilly Circle, Bossier City, LA 71111

Dr. Roger Ramos
10754 Versailles Blvd, Wellington, FL 33449

Dr. Seth Crapp
1501 West Horatio Street #224 Tampa, FL. 33406

Dr. Shiraz Rahim
1250 W Bauer Rd, Naperville, IL 60563

Dr William Avery Jr
337 Broomsedge Trail, Apt 301, Chattanooga, TN 37405

Elkhart County Taxes
117 N 2nd St # 201, Goshen, IN 46526

Illinois Department of Revenue
PO BOX 19047. SPRINGFIELD IL 62794

Internal Revenue Services
525 W Van Buren St, Chicago, IL 60607

Michigan Department of Treasury
P.O. Box 30756 Lansing, MI 48909

Minnesota Department of Revenue
600 Robert St N, St Paul, MN 55101

North Carolina Department of Revenue
501 North Wilmington Street, Raleigh, North Carolina

Oregon Department of Revenue
951 SW Simpson Ave, Bend, OR 97702

VIP Radiology Consultant PLLC (Dr Jessica Fazekas)
8130 Chianti Lane, Naples, FL, 34114

Wisconsin Dept of Revenue
819 N 6th St, Milwaukee, WI 53203

Indiana Department of Revenue
100 N Senate Ave, Indianapolis, IN 46204

3M Health Information System Inc
575 West Murray Boulevard, Salt Lake City, Utah, 84123

Alchemy Anderson
831 N 6th Ave Apt. 216 Phoenix, AZ 85003

CallTastic Ventures LLC
100 Wilshire Blvd #700, Santa Monica, CA 90401

Chambliss, Bahner, & Stophel
605 Chestnut St #1700, Chattanooga, TN 37450

Foster Crown
38 S Main St #1020, Oconomowoc, WI 53066

Girish Venkateswaran
1650 Zilker Court, Lucas, TX 75002

Gould & Ratner LLP
222 N La Salle St # 300, Chicago, IL 60601

Industrious
215 Park Ave S 11th floor, New York, NY 10003

Kantola
55 Sunnyside Ave, Mill Valley, CA 94941

KBST&M
307 International Cir #620, Hunt Valley, MD 21030

Lifetrack Medical Systems
Unit 1801, Alveo Park Triangle Tower, 11th Avenue, Corner 32nd St, Taguig, Philippines


Mark Scruggs
markscruggs020@gmail.com


Medical Search International
23 Vreeland Rd Suite 110, Florham Park, NJ 07932


Otherwise Incorporated
900 N Western Ave, Chicago, IL 60622


Protouch Staffing Healthcare
1701 Legacy Dr, Suite#1100, Frisco, Texas 75034


Focus Medical Imaging
215 E Las Tunas Dr, San Gabriel, CA 91775


South Florida Imaging
11801 SW 90th St Suite 102, Miami, FL 33186


Elk Grove Internal Medicine Associates
800 Biesterfield Rd, Elk Grove Village, IL 60007


University Medical Center of Southern Nevada
1800 W Charleston Blvd, Las Vegas, NV 89106

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| Essential Associates Holdings LLC, | Case No. 24-_____ (___) |
| Debtor.[1] | |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor (the "Debtor") hereby states that the following entity directly or indirectly owns 10% or more of the Debtor's membership interests: GVC Americas (49.98%).

---

[1]    The Debtor in this case, along with the last four digits of Debtor's federal EIN, is Essential Associates Holdings LLC (8726).